No. 276. HOPKINS *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Allen Sharp* for petitioner. *Solicitor General Marshall* for respondent.

No. 187. MENOMINEE TRIBE OF INDIANS *v.* UNITED STATES. Ct. Cl. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Charles A. Hobbs* and *Angelo A. Iadarola* for petitioner. *Solicitor General Marshall* for the United States.